**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. CR-18-00806-TUC-RCC (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Sheila Bautista,<br>Orlando Unito, | |
| Defendant. | |

The Court has reviewed the Report and Recommendation (Doc. 105) and the objections filed thereto.

The Court adopts the Report and Recommendation except that evidence can be induced at trial for what can be seen from outside the curtilage before daylight and the court will hear argument regarding the import of the stipulation at trial.

Dated this 19th day of November, 2018.

_____
Honorable Raner C. Collins
United States District Judge